USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
UNITED STATES OF AMERICA,                : (S-1) 17-CR-0308 (DLC)
:
   -against-                              : ORDER
:
DAVID BLASZCZAK,                          :
THEODORE HUBER,                           :
ROBERT OLAN, and                          :
CHRISTOPHER WORRALL                       :
:
                      Defendants.         :
------------------------------------------------------------ X

The Assignment Committee, having considered the submissions of the parties and pursuant to the authority delegated to it under Local Rule 2 for the Division of Business Among Judges, unanimously concludes that the Indictment docketed as (S-1) 17 CR 0308 does not supersede the information styled *United States v. Jordan Fogel*, 17-CR-308.

THEREFORE, the Clerk of the Court is directed to file the Indictment as a new criminal action with a new docket number and randomly assign the case in accordance with Local Rule 6(b).

**SO ORDERED.**

Dated: June 8, 2017
      New York, NY

                                          **COLLEEN MCMAHON**
                                          **WILLIAM H. PAULEY**
                                          **VINCENT L. BRICCETTI**
                                          **VALERIE CAPRONI**
                                          **United States District Judges**